UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMICA SMITHSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-03021-JRS-MJD |
| | ) |
| CHRISTOPHER C. MILLER, acting United States Secretary of Defense, Department of Defense, | ) ) ) ) |
| | ) |
| Defendant. | ) |

### Final Judgment

Pursuant to the order also issued this day, all claims by Plaintiff are **dismissed with prejudice**. It is ordered and adjudged that Plaintiff shall take nothing by way of her complaint against Defendant. This is a **final judgment** under Federal Rule of Civil Procedure 58. This case is closed.

Date: 08/04/2022

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution to registered parties of record via CM/ECF.